HARRISON SPRAGUE et al., Respondents, *v.* TURNEY W. RICHARDS et al., Appellants.

(Submitted March 11, 1884; decided March 21, 1884.)

*J. & Q. Van Voorhis* for appellants.

*E. W. Gardner* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE, ex rel. HIRAM OWEN et al., Respondents, *v.* ARTHUR D. SEAVY et al., Auditors, etc., Appellants.

(Argued March 11, 1884; decided March 21, 1884.)

*A. Pond* for appellants.

*Charles S. Lester* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Application of THE CORTLAND & HOMER R. R. Co.

(Argued March 11, 1884; decided March 21, 1884.)

*Lewis Marshall* for appellant.

*R. H. Duell* for respondent.

Agree to affirm; no opinion.
All concur, except RUGER, Ch. J., not sitting.
Order affirmed.